BRYAN SCHRODER
United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: Stephan.Collins@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>MOISES MARTIN-LARA, and<br>KENYON JACKSON,<br><br>　　　　　　　Defendants. | No. 3:20-cr-00080-SLG-DMS<br><br>COUNT 1:<br>DRUG CONSPIRACY<br>　Vio. of 21 U.S.C. §§ 846 and<br>841(a)(1) and (b)(1)(C)<br><br>CRIMINAL FORFEITURE<br>ALLEGATION:<br>　21 U.S.C. § 853 and R. 32.2(a), Fed.<br>R. Crim. P. |

I N D I C T M E N T

The Grand Jury charges that:

COUNT 1

Beginning at some exact time unknown but at least between on or about April 1, 2020, and continuing to on or about September 9, 2020, within the District of Alaska, the defendants, MOISES MARTIN-LARA and KENYON JACKSON, did knowingly and

intentionally combine, conspire, confederate, and agree with each other and persons known and unknown to the Grand Jury to distribute and to possess with intent to distribute a Schedule 1 and Schedule II controlled substance, to include: heroin, oxycodone, methamphetamine, and cocaine, which is in violation of 21 U.S.C. § 841(a)(1).

All of which is in violation of 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(C).

<u>CRIMINAL FORFEITURE ALLEGATION</u>

The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 21 U.S.C. § 853.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841, the defendants, MOISES MARTIN-LARA and KENYON JACKSON, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses. The property to be forfeited includes, but is not limited to, the following:

(1)     approximately $16, 493.00 of United States currency;

(2)     approximately $4,985.00 of United States currency;

(3)     approximately $8,100.00 in uncashed Western Union Money Orders;

(4)     one 2011 Audi Q5, VIN WA1CFAFP7BA046230; and

(5)     Glock 23 .40 caliber pistol, serial number BEUE487, with any associated ammunition, magazines, and/or accessories.

All pursuant to 21 U.S.C. § 853, and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Stephan A. Collins
STEPHAN A. COLLINS
Assistant U.S. Attorney
United States of America

s/ Bryan Schroder
BRYAN SCHRODER
United States Attorney
United States of America

DATE:  September 17, 2020