Rex Lamont Butler
Rex Lamont Butler and Associates Inc., P.C.
745 W. 4th Avenue, Suite 300
Anchorage, AK 99501
Tel: (907)272-1497
Fax: (907)276-3306
Email: rexbutlercalendar@gmail.com
**Attorney for Defendant**

# UNITED STATES DISTRICT COURT

# DISTRICT OF ALASKA AT ANCHORAGE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| PLAINTIFFS, | ) | |
| | ) | |
| Vs. | ) | 3:20-cr-00080-SLM-DMS |
| | ) | |
| MOISES MARTIN-LARA, | ) | |
| | ) | |
| DEFENDANTS. | ) | |
| _____ | ) | |

## MOTION FOR SUPPRESSION OF EVIDENCE

**COMES NOW** the Defendant, **MOISES MARTIN-LARA**, by and through counsel of record, **THE LAW OFFICES OF REX LAMONT BUTLER AND ASSOCIATES**, and respectfully submit this motion to suppress evidence. This motion is supported by the attached memorandum.

1

Dated this 5th day of May 2021.

/s/ REX L. BUTLER
Rex Lamont Butler
ABN8310105
Counsel for MOISES MARTIN-LARA

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served through the CM/ECF filing system to the U.S. Attorney, through Assistant United States Attorney, Mr. Stephan A. Collins on this 5th day of May 2021.

/s/REX L. BUTLER
Rex Lamont Butler